IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re
 Samsung DLP Television
 Class Action Litigation

Case No: 07-CV-2141 (GAB) (MCA)

Jonathan Lee Riches, Movant
Jonathan Lee Riches LLC, Movant
Jonathan Lee Riches Inc, Movant
Jonathan Lee Riches Ltd, Movant
Jonathan Lee Riches Corp, Movant
Jonathan Lee Riches Lp, Movant
Jonathan Lee Riches P.A., Movant
Jonathan Lee Riches Associates, Movants

RECEIVED
JUL 0 9 2010
AT 8:30_____ M
WILLIAM T. WALSH, CLERK

Motions By Movants to Intervene as Plaintiffs under Fed. R. Civ. P. Rule 24(A)², 24(B)

Comes now, the Movants, Jonathan Lee Riches; Jonathan Lee Riches LLC; Jonathan Lee Riches Inc; Jonathan Lee Riches Ltd; Jonathan Lee Riches Corp; Jonathan Lee Riches Lp; Jonathan Lee Riches P.A.; Jonathan Lee Riches Associates, moves this honorable Court to Intervene in the Samsung DLP Television Class Action Litigation as Plaintiffs under Federal Rules of Civil Procedure Rule 24(A)² - as a unconditional matter of Right Zuber v. Allen.

Moves to Intervene as Plaintiffs under Rule 24(B) - permissive Intervention

Nevlles v. EEOC

Our Intervention brings Questions of Laws and Facts that are Common in this Action as Movants each purchased Samsung HL-P series & HL-R series Televisions for their businesses Each of the Movants are effected relation to the purchase of

Samsung Television sets.

Jonathan Lee Riches purchased three Samsung HL-P series televisions

Jonathan Lee Riches purchased two Samsung HL-R models

Jonathan Lee Riches LLC, purchase four HL-R models.

Jonathan Lee Riches Inc, Purchased Six Samsung HL-P series televisions

Jonathan Lee Riches Ltd, Purchased one Samsung HL-P series Television

Jonathan Lee Riches Ltd, Purchased three Samsung HL-R Series televisions

Jonathan Lee Riches corp, Purchased nine Samsung HL-R Series televisions

Jonathan Lee Riches corp, Purchased four HL-P series Televisions

Jonathan Lee Riches Lp, Purchased five Samsung HL-P series Televisions

Jonathan Lee Riches P.A., Purchased three Samsung HL-P series Televisions

Jonathan Lee Riches P.A, Purchased two Samsung HL-R series Televisions

Jonathan Lee Riches Associates, Purchased seven Samsung HL-R series Televisions

Movants, Each have a financial Interest in this Litigation. Each Movant has Documents, Exibits, reciepts, financial records to Submit to this court as Evidence

Movants can each be reached at the below Addresses as Movants Pray this honorable court will grant their motions for relief

respectfully
submitted

*[signature]* Corp.
7-1-10

Jonathan Lee Riches Corp.
7950 Jones Branch DR.
McLean, VA 22108

*[signature]*
6-21-10

Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512

*[signature]* LP
7-3-10

Jonathan Lee Riches LP
1211 Ave of Americas
New York, NY 10036

*[signature]* LLC
6-15-10

Jonathan Lee Riches LLC
1306 AshBridge Rd
Westchester, PA 19380

*[signature]* P.A.
6-13-10

Jonathan Lee Riches P.A.
1000 American Media Way
Boca Raton, FL 33464

*[signature]* Inc
6-24-10

Jonathan Lee Riches INC
241 Troutman St #1L
Brooklyn, NY 11237

*[signature]* Associates

Jonathan Lee Riches Associates
200 Burnett Rd
Chicopee, MA 01020

*[signature]* Ltd.
6-29-10

Jonathan Lee Riches Ltd
408 Broadway
New York, NY 10013

Jonathan Lee Riches
#40914018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

United States District Court
District of New Jersey
Clerk of Court
U.S. Courthouse
50 Walnut St.
Newark, N.J. 07101

07102+3551

2010 JUL -9 A 11:40
RECEIVED-CLERK
U.S. DISTRICT COURT